IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John Cornish, | ) | Civil Action No. 3:18-cv-01409-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Virtuoso Sourcing Group, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties hereby stipulate and agree, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that all causes of action that were asserted or could have been asserted by Plaintiff John Cornish in this action are hereby DISMISSED with prejudice. The Parties further stipulate and agree that each party shall be responsible for their own costs and attorneys' fees.

[*signature page attached*]

| | |
|---|---|
| *WE SO STIPULATE:* | *WE SO STIPULATE:* |
| By: /s/ Kenneth E. Norsworthy, Jr. | By: /s/ Graham R. Billings |
| Kenneth E. Norsworthy, Jr. | Carmen Harper Thomas |
| 505 Pettigru Street | Federal Bar No. 10170 |
| Greenville, SC 29601 | E-Mail: carmen.thomas@nelsonmullins.com |
| (864) 804-0581 | Graham R. Billings |
| norsworthylaw@gmail.com | Federal Bar No. 11796 |
| | E-Mail: graham.billings@nelsonmullins.com |
| *Attorney for John Cornish* | 1320 Main Street / 17th Floor |
| | Post Office Box 11070 (29211-1070) |
| | Columbia, SC  29201 |
| | (803) 799-2000 |
| | |
| | *Attorneys for Virtuoso Sourcing Group, LLC* |

2